

18-mc-0022

## IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 50 ID
:
Administrative Suspension :
Pursuant to Rule 219 of the :
Pennsylvania Rules of :
Disciplinary Enforcement :

FILED
JAN 24 2018
By_____ KATE BARKMAN, Clerk
_____ Dep. Clerk

### ORDER

**AND NOW**, this 26th day of September, 2017, it is hereby Ordered that the attorneys named on the attached list are administratively suspended pursuant to Rule 219, Pa.R.D.E. Said administrative suspension shall take effect 30 days after the date of this order pursuant to Rule 217(d), Pa.R.D.E.

John A. Vaskov
Deputy Prothonotary

A True Copy Patricia Nicola
As Of 9/26/2017

Attest: _____
Chief Clerk
Supreme Court of Pennsylvania

Disciplinary Board of the Supreme Court of Pennsylvania

## Attorneys Certified for Administrative Suspension

Year: 17-18

10/26/2017

Philadelphia County

Active

| ID# | Attorney |
|---|---|
| 316631 | Beale, Edward James |
| 28169 | Bednarz, Linda Sparks |
| 316301 | Blume, Seth Eric |
| 322312 | Bokosha, Terence |
| 42034 | Brodie, Janis W. |
| 316555 | Budd, Steven Michael |
| 2752 | Davis, Robert S. |
| 42281 | Deeb, Peter J. |
| 313668 | DeRose, John Anthony Jr. |
| 201540 | DiGiulio, Anthony M |
| 84979 | Dyson, Lionel Arnold |
| 204303 | Foley, Catherine Anne |
| 66700 | Friedman, Mindy |
| 79667 | Friedrichs, Karl F. |
| 16225 | Gallagher, Paul F. X. |
| 85802 | Gonzalez, Erica Seret |
| 312859 | Harmon, Rhashea Lynn |
| 316520 | Holmes, Rashonda |
| 63975 | Jackson, George Ernest |
| 94122 | Kadish, Andrew Seth |
| 207639 | Knopf, Eugenia Cin |
| 321673 | Konetski, Carl Nicholas |
| 209345 | Kucer, Andrew John |
| 90373 | Kurzweg, Jennifer Miller |
| 319126 | Leizerowski, Cary Stuart |
| 81108 | Lener, Jenifer Michele |
| 307526 | Lowenberg, Frederick Seth |
| 65374 | Milner, C. George III |
| 320560 | Nichols, Alisha Ann |
| 94837 | Nichols, Grant Edward |
| 321342 | Origlio, Dominic Anthony III |
| 204791 | Pietras, Lisa Janel |
| 39480 | Shaffer, Sheri Goodman |
| 80847 | Simon, Douglas E. |
| 309485 | Skipton, Edward |
| 314021 | Smith, Christina Lynn |
| 313464 | Solivan, Erik Louis |